| | |
|---|---|
| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br>KAREN SUE NAYLOR – Bar No. 144273<br>Chapter 7 Trustee<br>23101 Lake Center Drive, Suite 355<br>Lake Forest, CA 92630<br>Telephone: (949) 851-7450<br>Facsimile: (949) 851-6926<br>karen@ringstadlaw.com<br><br>☐ *Attorney(s) for Chapter 7 Trustee*<br>☐ *Chapter 7 Trustee appearing without an attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MARIA MALDONADO BASHAW<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-10465 SC<br>CHAPTER: 7<br><br>**CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR:**<br><br>☐ **AUTHORIZATION TO EMPLOY PARAPROFESSIONAL,**<br><br>**AND/OR**<br><br>☒ **AUTHORIZATION TO EMPLOY AND PAY FLAT FEE TO TAX PREPARER;**<br><br>**NOTICE OF OPPORTUNITY TO REQUEST HEARING; DECLARATION OF CHAPTER 7 TRUSTEE; AND DECLARATION OF PARAPROFESSIONAL**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST: _____

PLEASE TAKE NOTICE that the duly-appointed Chapter 7 Trustee in this case has filed this motion for court approval of the Chapter 7 Trustee's request to ☐ employ a paraprofessional, and/or ☒ pay a flat fee to a tax preparer of up to $ 1,000.00 _____ (not to exceed $1,000 unless the court orders otherwise). The court may grant the motion authorizing retention of a paraprofessional and expenditure of estate funds without a hearing unless you file with the court and serve upon the Chapter 7 Trustee and the United States Trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019                                                                                                F 2016-2.1.APP.TRUSTEE.EMPLOY

Chapter 7 Trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the Chapter 7 Trustee.

☐ 1. The Chapter 7 Trustee moves for an order authorizing employment of a paraprofessional, as follows:

    a. Name, title and affiliation of the proposed paraprofessional:

        (1) A resume and rate for services is attached as Exhibit A.

        (2) It is estimated that the fees for all work by the paraprofessional will be $ _____.

    b. The Chapter 7 Trustee contends that the paraprofessional will provide the following services that are listed in paragraph (f)(1) of LBR 2016-2, and fees for these services will be included in the statutory limitation on the Chapter 7 Trustee's compensation pursuant to 11 U.S.C. § 326(a).

        (1) _____
        (2) _____
        (3) _____

    c. The Chapter 7 Trustee contends that the paraprofessional will provide the following services that are not included in paragraph (f)(1) of LBR 2016-2, and fees for these services should be paid separate and apart from the Chapter 7 Trustee's compensation allowed pursuant to 11 U.S.C. § 326(a):

        (1) _____
        (2) _____
        (3) _____

☒ 2. The Chapter 7 Trustee moves for an order authorizing employment of a tax preparer, as follows:

    a. Name, title and affiliation of the proposed tax preparer:
      Donald T. Fife

        (i) A resume is attached as Exhibit B.

    b. The tax preparer has agreed to accept up to $ 1,000.00 (not to exceed $1,000 unless the court orders otherwise) as payment in full for the following services, payable upon completion of such services to the bankruptcy estate, without a separate fee application being required:

    The estate requires Federal and State taxes be prepared and filed with the IRS and FTB.

Date: Aug 6, 2025

                                            *Karen Sue Naylor Trustee*
                                                 Chapter 7 Trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019

F 2016-2.1.APP.TRUSTEE.EMPLOY

2

3

## DECLARATION OF CHAPTER 7 TRUSTEE

I, Karen S. Naylor, the duly-appointed Chapter 7 Trustee in this case, have prepared the foregoing motion for ☐ authorization to employ paraprofessionals, and/or ☒ for authorization to pay a flat fee of $ 1,000.00 (not to exceed $1,000 unless the court orders otherwise) to a tax preparer. The effective and efficient administration of this bankruptcy case dictates approval of the motion and I base that conclusion on the following facts:

The estate requires Federal and State taxes be prepared and filed with the Internal Revenue Service and the Franchise Tax Board.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Aug 6, 2025
Date

Karen S. Naylor
Printed Name of Chapter 7 Trustee

[Signature]
Signature

Printed
Name

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019

F 2016-2.1.APP.TRUSTEE.EMPLOY

3

# DECLARATION OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PARAPROFESSIONAL UNDER LBR 2016-2

1. The following is a complete description of all of the paraprofessional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the office of the United States Trustee:

   n/a

2. The paraprofessional is not a creditor, an equity security holder or an insider of the debtor, except as follows:

   n/a

3. The paraprofessional is not and was not, within 2 years before the date of the filing of the bankruptcy petition in this case, a director, officer or employee of the debtor in connection with the offer, sale or issuance of any security of the debtor.

   n/a

4. The paraprofessional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows:

   n/a

5. The paraprofessional is not a relative or employee of the United States Trustee or a bankruptcy judge, except as follows:

   n/a

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/7/2025
Date

Donald T. Fife
Printed Name

Signature

Printed
Name

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019

F 2016-2.1.APP.TRUSTEE.EMPLOY

**Hahn Fife & Company LLP**
1055 East Colorado Blvd., 5th Floor
Pasadena, California
91106
Telephone: (626) 792-0855
Facsimile: (626)-270-5701
e-mail: dfife@hahnfife.com

---

## Firm Statement of Qualifications

The Firm was formed in January of 2004 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters. The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years. Following are brief summaries of the qualifications of firm's current professional staff. It is expected that the Firm will add professional staff as required to serve client needs.

### Donald T. Fife, CPA

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony. He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation. Mr. Fife has personally prepared and filed hundreds of bankruptcy estate tax returns.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation. He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim. Over the last 20 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California. He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum. He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1055 E. Colorado Blvd., 5th Floor, Pasadena, CA 91106

A true and correct copy of the foregoing document entitled: **CHAPTER 7 TRUSTEE'S NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONAL, AND/OR AUTHORIZATION TO EMPLOY AND PAY FLAT FEE TO TAX PREPARER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 8-7-25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (date) 8-7-25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson / USBC - Santa Ana Division / 411 W. Fourth Street #5130 / Santa Ana, CA 92701

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/7/25 | Martha Quintero | /s/ Martha Quintero |
|---|---|---|
| Date | Printed Name | Signature |

Printed Name

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2019                                                                                    F 2016-2.1.APP.TRUSTEE.EMPLOY

6

# Mailing Information for Case 8:25-bk-10465-SC

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Shannon A Doyle**    sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
- **Lawrence R Fieselman**    Larry@oaktreelaw.com
- **Richard G. Heston**    rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **Karen S Naylor (TR)**    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Julie J Villalobos**    julie@oaktreelaw.com, oakecfmail@gmail.com;villalobosjr51108@notify.bestcase.com;gus@oaktreelaw.com

```
Label Matrix for local noticing      Santa Ana Division                    Adelaida Mendez
0973-8                               411 West Fourth Street, Suite 2030,   27012 Via Fiesta
Case 8:25-bk-10465-SC                Santa Ana, CA 92701-4500              Mission Viejo, CA 92691-2124
Central District of California
Santa Ana
Wed Aug  6 16:25:52 PDT 2025

Amex                                 Bank of America                      Bank of America, N.A.
Correspondence/Bankruptcy            Attn: Bankruptcy                     PO Box 673033
Po Box 981540                        4909 Savarese Circle                 Dallas, TX 75267-3033
El Paso, TX 79998-1540               Tampa, FL 33634-2413


Barclays Bank Delaware               Capital One N.A.                     Citibank
Attn: Bankruptcy                     by AIS InfoSource LP as agent        Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 8801                          PO Box 71083                         Po Box 790040
Wilmington, DE 19899-8801            Charlotte, NC  28272-1083            St Louis, MO 63179-0040


Citibank N.A.                        Costco Citi Card                     David Mendez
Citibank, N.A.                       Attn: Bankruptcy                     27012 Via Fiesta
5800 S Corporate Pl                  Po Box 6500                          Mission Viejo, CA 92691-2124
Sioux Falls, SD  57108-5027          Sioux Falls, SD 57117-6500


Goldman Sachs Bank USA               Mercedes - Benz Financial Services   (p)BK SERVICING  LLC
Attn: Bankruptcy                     Attn: Bankruptcy                     PO BOX 131265
Po Box 70379                         P.O. Box 685                         ROSEVILLE MN 55113-0011
Philadelphia, PA 19176-0379          Roanoke, TX 76262-0685


Richard G. Heston                    Robert David Bashaw jr.              Robert David Bashaw, Jr.
19700 Fairchild Road, Suite 280      c/o Brown & Dahan LLP                Richard G. Heston
Irvine, CA 92612-2521                19100 Von Karman Ave Ste 380         19700 Fairchild Rd., Suite 280
                                     Irvine, CA 92612-6564                Irvine, CA 92612-2521


SBA                                  SchoolsFirst FCU                     Schoolsfirst Fcu
409 3rd St, SW                       Attn: Bankruptcy                     Po Box 77404
Washington, DC 20416-0005            Po Box 11547                         Ewing, NJ 08628-6404
                                     Santa Ana, CA 92711-1547


(p)US BANK                           (p)U S  SMALL BUSINESS ADMINISTRATION United States Trustee (SA)
PO BOX 5229                          312 N SPRING ST 5TH FLOOR            411 W Fourth St., Suite 7160
CINCINNATI OH 45201-5229             LOS ANGELES CA 90012-4701            Santa Ana, CA 92701-4500


Julie J Villalobos                   (p)KAREN S NAYLOR  TR                Lawrence R Fieselman
Oaktree Law                          23101 LAKE CENTER DRIVE SUITE 355    Law Offices of Lawrence R. Fieselman
3355 Cerritos Avenue                 LAKE FOREST CA 92630-6813            3355 Cerritos Avenue
Los Alamitos, CA 90720-2105                                               Los Alamitos, CA 90720-2105


Maria Maldonado Bashaw               Robert David Bashaw Jr.
2842 Velasco Lane                    1367 20th Ave NE
Costa Mesa, CA 92626-5716            Hickory, NC 28601-2163
```

8