| Name, Address, Telephone & Fax Nos., & Email Address | FOR COURT USE ONLY |
|---|---|
| DONALD T. FIFE<br>Hahn Fife & Company, LLP<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, California 91106<br>(626) 792-0855 Phone<br>(626) 792-0879 Fax<br>dfife@hahnfife.com | **FILED & ENTERED**<br><br>AUG 29 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>MARIA MALDONADO BASHAW<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-10465 SC<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONALS AND/OR AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER**<br><br>☒ No Hearing Held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

1. The motion to employ _____ as a paraprofessional is
   ☐ Granted    ☐ Denied.

2. The motion to employ <u>DONALD T. FIFE</u> as a tax preparer, and to pay $<u>1,000.00</u> (*not to exceed $1,000 unless the court orders otherwise*) to the tax preparer is
   ☒ Granted    ☐ Denied.

3. The motion is set for hearing on _____ at _____ and the trustee is directed to give notice to the United States trustee, all objecting parties or their attorneys.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2016                                    Page 1                         F 2016-2.1.ORDER.TRUSTEE.EMPLOY

4. By signing this order, the court is not making a judicial determination as to whether the services set forth in paragraphs 1.B or 1.C of the motion constitutes "trustee services."

###

Date: August 29, 2025

*[signature: Scott C. Clarkson]*

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2016*     Page 2     **F 2016-2.1.ORDER.TRUSTEE.EMPLOY**